UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ALBERT MOSS

VERSUS

ZURIEL TRANSPORT, LLC, ET AL

CIVIL ACTION NO. 26-cv-594

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendant Alberto Gallardo filed a Diversity Jurisdiction Disclosure Statement (Doc. 18) and alleged that he is a "resident of El Paso County, Texas. It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states simultaneously, but "[a]n individual who resides in more than one State is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003).

Alberto Gallardo must file, no later than **August 7, 2026**, and amended Diversity Jurisdiction Disclosure Statement that alleges the state in which he is domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 30th day of July, 2026.

Mark L. Hornsby
U.S. Magistrate Judge